Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
4129 Main Street, Suite B8
Riverside, CA 92501
Telephone:   (951) 784-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **Michael McDole** | Case Number: CV11-10480 PA (DTBx) |
|---|---|
| Plaintiff, v. | **NOTICE OF SETTLEMENT** |
| **Receivables Performance Management, LLC** | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 2, 2012 for filing a joint dismissal.

Respectfully submitted,

                                                  **HYDE & SWIGART**

Date: February 6, 2012            By: /s/ Andrea Darrow Smith
                                                  Attorneys for Plaintiff
                                                  Email: andrea@westcoastlitigation.com