JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-10480 PA (DTBx) | Date | May 3, 2012 |
| Title | Michael McDole v. Receivables Performance Management, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Leandra Amber | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrea Smith | Sean Flynn |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

     The parties have reached a settlement. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismisses this action without prejudice subject to either party reopening the action on or before 60 days from the date of this order. The Court retains jurisdiction for purposes of enforcing the settlement for 60 days. After 60 days, absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action are vacated.

     IT IS SO ORDERED.

:14
Initials of Deputy Clerk: PS